IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC D. WILLIAMS                                              PLAINTIFF

v.                     No. 3:20-cv-70-DPM-JTR

BRENT COX, Administrator, Greene
County Detention Facility; L. CATE,
Deputy, Greene County Detention
Facility; BARNUM, Sergeant, Greene
County Detention Facility; D. CRITTENDEN,
Assistant Administrator, Greene County
Detention Facility; STEVE FRANKS,
Sheriff, Greene County; GREENE
COUNTY DETENTION FACILITY; and
RYAN HUBBLE, Staff Officer, Greene
County Detention Center                       DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 8*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Williams's embedded motion for a temporary restraining order, *Doc. 6*, is denied. His claims against the Greene County Detention Facility are dismissed with prejudice; and his equal protection claim is dismissed without prejudice. Williams may proceed with his due process claims against the remaining defendants.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2020