UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC D. WILLIAMS                                                                    PLAINTIFF

V.                  No. 3:20CV00070-DPM-JTR

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                    DEFENDANTS

## **ORDER**

The Clerk is directed to prepare a summons for Administrator Brent Cox, Deputy L. Cate, Sergeant Barnum, Assistant Administrator D. Crittenden, Sheriff Steve Franks, and Staff Officer Ryan Hubble at the Greene County Detention Facility. The United States Marshal is directed to serve the summons, Williams's Complaint and Amended Complaint (*Docs. 2 & 6)*, and this Order, on them without prepayment of fees and costs or security therefor. If any Defendant is no longer a County employee, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.

IT IS SO ORDERED this 22nd day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE