# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ERIC D. WILLIAMS                                          PLAINTIFF

v.                     No. 3:20-cv-70-DPM-JTR

BRENT COX, Administrator, Greene
County Detention Facility; L. CATE,
Deputy, Greene County Detention
Facility; BARNUM, Sergeant, Greene
County Detention Facility; D. CRITTENDEN,
Assistant Administrator, Greene County
Detention Facility; STEVE FRANKS,
Sheriff, Greene County; and
RYAN HUBBLE, Staff Officer, Greene
County Detention Center                          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 20*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Williams was recently transferred to Los Angeles, California. *Doc. 24*. His motion for injunctive relief in the form of transfer, *Doc. 11*, is therefore denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 July 2020