# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ERIC D. WILLIAMS                                                                                   PLAINTIFF

V.                                  No. 3:20CV00070-DPM-JTR

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                          DEFENDANTS

## ORDER

On January 25, 2021, mail sent to Plaintiff Eric D. Williams ("Williams") at his address of record, the West Tennessee Detention Facility was returned as undelivered, with no forwarding address. *Doc. 52*. Other mail was subsequently returned. *Docs. 53-54*.

The Court has previously notified Williams of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3*. Williams has filed several Notices informing the Court of address changes, indicating that he is aware of and able to comply with this obligation. *See Doc. 23, 24 & 35*.

IT IS THEREFORE ORDERED THAT:

1.     If Williams wishes to continue pursuing this lawsuit, he must, within thirty (30) days of the date of this Order file a notice of his current mailing address.

2. If Williams does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE