UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC D. WILLIAMS                                                                                       PLAINTIFF

V.                                    No. 3:20-CV-00070-JTR

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                               DEFENDANTS

## ORDER

On July 7, 2021, the Court entered an Order giving Plaintiff Eric Williams ("Williams") until August 3, 2021 to file a Response to Defendants' Motion for Summary Judgment (*Doc. 77*) and a separate Statement of Disputed Facts. *Doc. 80*. On August 16, 2021, Williams filed a Motion for Extension of Time to respond to the Motion for Summary Judgment and Statement of Undisputed Facts. *Doc. 81*. Williams's Motion, which was dated July 31, 2021, states that the prison where he is currently incarcerated—the United States Penitentiary in Pollock, Louisiana ("USP-Pollock")—is back on lock-down due to Covid-19, and because of the lock-down, he currently has no access to the prison's law library, legal materials, or pen and paper. *Id.*

For good cause shown, the Motion for Extension of Time (*Doc. 81*) is GRANTED. Williams has until and including August 31, 2021, to file a Response to Defendants' Motion for Summary Judgment and a separate Statement of Disputed

Facts that complies with Fed. R. Civ. P. 56, Local Rule 56.1, and the instructions in the Court's July 7, 2021 Order (*Doc. 80*).

Williams is again advised that the failure to timely and properly file a Response and Statement of Disputed Facts will result in: (a) all of the facts in Defendants' Statement of Undisputed Facts being deemed undisputed by Plaintiff; and (b) the possible dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 17th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE