IN THE United States District Court
Eastern District of Arkansas
Northern Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 3 0 2021
By: TAMMY H. DOWNS, CLERK
DEP CLERK

Eric D. Williams                                    Plaintiff

vs.                          No. 3:20-CV-00070 DPM-JTR

Brent Cox, Ryan Hubble,                     Defendants
Barnum, L. Cate, D. Crittenden,
and Steve Franks

## Plaintiffs' Statement of Disputable Material Facts

1. Disagree: On October 22, 2019 Plaintiff. Eric D. Williams was transfered from the Pulaski County Detention Facility to Green County Detention Center where he was held for the U.S. Marshals Service. See Exhibit A1. Arrest and booking, page 23. However, what's missing in the Defendants Exhibits is a copy of ▬▬▬ Plaintiffs medical history and Plaintiffs medications that he was on when he arrived at Greene County Detention Center on October 22, 2019.

2. Disagree with Defendants On October 26. 2019. Sgt. Barnum, CPL Ruby Williams and Ofc. Armstrong conducted a shakedown looking for extra facility issued items (while "All" inmates were in the gym and "Not" present during this shakedown) See Exhibit A5, Due Process forms page 1. Inmates Eric D. Williams and Christopher Travis allegedly had the vents inside of their cell blocked with paper. Id. Sgt Barnum came to the gym and questioned both inmates and both denied putting the paper over the vents. Sgt Barnum then proceed to have both inmates lockup in segregation. At that Christopher Travis admitted that he was the one who covered the vent and Sgt. Barnum stated; "It's to late," and took both inmates to lockdown and gave them due process forms. However; What's missing out of Defendants Exhibits is Plaintiffs written "Due Process" form that Plaintiff wrote the night of the incident. (See Exhibit A5, Due Pross Forms page 1 and 2) You will Notice that there is "No" written statement of Plaintiffs complaints: Failure of a due Process hearing before depriving Plaintiff of his liberty, life, and property.
Defendants failed to share all of Greene County Detention Centers Policy of Disciplinary Policy and Procedures.

1 of 8

See Exhibit A6, Policies And Procedures page 57. Above Inmate <u>Request And Grievances</u>, is the Disciplinary Policy and Procedure section; however, Notice Defendants omitted the entire introduction/beginning of their Policy statement And Number (1). Defendants arguement is factually inaccurate.

See Grievance 5, 269, 898 <u>Exhibit A2, Requests And Grievance pg 1.</u> There was No indication that prison administrators were not aware of officers involved in the grievance. Id. Response by Sgt. B. Harris," Your due process was reviewed by the jail supervisor."

Id. Appeal Response by Asst. Jail Administrator D. Crittenden." You were given a due process and you exercised your right to that. On there, you did not state any witness that you wanted to be given a statement to write on your behalf. You were given a statement form where you were allowed to tell your side of the story. I reviewed your due process and upheld it."

Id. 2nd appeal response by Dr. B. Cox," Upon proper Court order we will release all records. Brent"

At No time did Defendants Request officers Name nor did they claim to be investigating my complaint of a Civil Rights violation(s)

All grievances And Disciplinary "Due Process Forms" Provided jail officials with enough information to investigate and address Plaintiffs complaint internally, even though he did not mention Sgt. Barnum Name in the beginning.

3. Plaintiff Disagrees with Defendants statement of Disputable Facts in #3 and insist that Defendants Facts are inaccurate therefore; incorrect on the same grounds as # 2. At No time did Defendants Request officers Name nor did they claim to be investigating Plaintiffs complaint of his Civil Rights violation(s)

There was No indication that Prison administrators were not aware of officers involved in grievance(s).

See <u>Due Process Exhibit A5 Page 1.</u> You will see that Plaintiffs Due Process written Statement is missing. Also, Defendants omitted Greene County Detention Center Due Process Form with Plaintiffs alleged Rule violation(s)

This form is Proof that Defendants failed to provide Plaintiff with a copy of notice of charges, No written statement by the factfinders as to the evidence relied on and the reasons for the disciplinary action: the right of inmate to be present, call witnesses, and present documentary evidence; and in limited situations, a Counsel substitute.

(1) an accused inmate's right to present witnesses And submit other evidence in his defense is constitutionally protected and if unnecessarily abridged, judically enforceable (2) the accused prisoner has a constitutionally entitled to the assistance of a competent fellow inmate or correctional officer/staff member to aid in the preparation of his defense, and (4) the District Court, on Remand, should determine

2 of 8

Whether the adjustment committee satisfied the due process requirement that NO member of the disciplinary board be involved in the investigation or prosecution of the particular case.

4. Plaintiff Disagrees with Defendants Statement of facts in #4 Due to the fact the Defendants failed to Produce a copy of Plaintiffs refusal that he signed with the medical provider "Turn Key," that clearly states that Plaintiff will be taken off all meds even though Plaintiff came to Greene County Detention Center from Pulaski County Regional Detention Facility with his own meds. The refusal will state that Plaintiff is refusing "All" medical care and medications from "Turn Key medical.

This was done by Plaintiff on or about October 28, 2019 When Plaintiff came aware that he was being charged with medical and medication fees and costs. Plaintiff refused because he couldn't afford it. From that day forward, Plaintiff never again dealt with medical.

5. Plaintiff ▮▮▮▮▮ Agrees with Defendants Facts in number 5.

6. Plaintiff Disagrees with Defendants Facts for on December 18, 2019 Officer Lowin Cate placed Plaintiff Williams on three days Disciplinary Action for alleged disrupting detention center operations without a hearing.

Without a copy of written Notice of charges, a written statement by the factfinder as to evidence relied on and the reasons for disciplinary action; the right of the inmate to be present, call witnesses, and present documentary evidence; and in limited situations, a counsel substitute. (1) An accused inmate's right to present witnesses And submit other evidence in his defense is constitutionally protected and if unnecessarily abridged, judically enforceable (2) the accused prisoner has a constitutional right to confront and to cross-examine adverse witnesses (3) The prisoner in constitutionally entitled to the assistance of a competent fellow inmate or correctional staff member to aid in the preparation of his defense. and (4) The District Court, on Remand, should determine whether the adjustment committee satisfied the due process requirement that no member of the disciplinary board be involved in the investigation or prosecution of the particular case.

SEE Exhibit A5, Due Process forms, page 2. Notice there is NO ofc. offering Due Process Signature. No Reviewing officer's Statement. No Reviewing officers Recommendation either Uphold or Admin. Review. No Reviewing officers Signature. No administrative Review and Response to Incident Report. No Administrative Signature.

Plaintiff was denied/blocked from submitting grievances from 11/30/19 to 3/1/20. SEE Exhibit A2, Requests and Grievances, page 49. Id. Plaintiff: There is 3 three open grievances open that is purposely preventing me from writing grievances.

3 of 8

SEE Exhibit A2, Requests And Grievances page 58. Id.

Let me ask you this. What if I have a grievable issue, but I filed a grievance the day before on another issue. Why do I have to wait 7 days to file that issue? Especially, when it doesn't seem to be a time limit for me to get a response? To my understanding of fair due process of law. I should be given the opportunity to file a grievance any and every time I have been subjected to a wrong or an injustice. You know what they say: Justice Delayed is Justice Denied!"

SEE Exhibit A2, Requests And Grievances page 45. Id.

I Am being denied my constitutional right of procedural due process. I Am purposely being kept from filing grievances because whoever job it is to answer grievances are not doing their job by answering them in a timely manner. They purposely changed the process by limiting grievances that we can write to 3: Even if I more than 3 issues to complain about. I want to know the individuals name who's job it is to answer the grievances for he/she will be held accountable in my civil complaint.

SEE Exhibit A2 Requests And Grievances page 26.

Id. I have 9 open grievances dating back to the 27th of October. I Am to exhaust all legal remedies to some of the complaints and take them to the next legal of a civil complaint because some of them are in violation of my constitutional rights eg.(Due Process). I Am requesting an answer and in the future that who ever job if is to answer these grievances to get on their job is it to answer grievances Anyway?

SEE Exhibit A2, Requests And Grievances page 27.

Id. No longer here Response not Necessary.

Disciplinary Due Process form is contemporaneous part of prison/Jail Record, it bares directly on procedural default. was excused because Jail was, in fact, aware of officials involvement in factual circumstances underlying Requests And Grievances

7. Agree with defendants facts in #7.

8. Agree with defendants facts in #8.

9. On January 18. 2020. Plaintiff was put on five days disciplinary action without a hearing, When an inmate is deprived of privileges and placed in special confinement status as punishment for past accusations of misconduct, due process Requires a hearing beforehand. Plaintiff was blocked and denied the right to submit grievances from 11-30-19 til March 1, 2020. Yet, Plaintiff still wrote Requests to medical complaining about the violation of due process rights And explaining to them the mistake of having my name still on the blood pressure check list after I had been taken of medications As of Oct. 29, 2019.

4 of 8

See Exhibit A5, Due Process forms, page 4.

Notice that there is no Reviewing officer's statement. No Reviewing officers Recommendation: No Reviewing officer's Signature. No Administrative Review And Response to Incident Report.

Disciplinary Due Process form is contemporaneous part of prison Record, it bores directly on procedural default was excused because Jail was, in fact, aware of official's involvement in factual circumstances underlying Requests And grievances.

A minor investigation into Plaintiff's medical file and status would have revealed that Plaintiff was not on Any medications at that time And shouldn't of even been on the blood pressure check list in the first Place.

Medical staff explained this to administration, but to no avail. Plaintiff was still denied due process Rights And suffered physical injuries because of the deprivation.

10. Agree

11. Agree

12. Agree Plaintiff was still being blocked from submitting grievance(s). From 11-30-19 til March 1, 2020

13. Agree

14. Agree

15. Disagree - Defendants did not evaluated incident. Nor was Plaintiff given a due process Disciplinary hearing. Due process Requirements include written Notice of the charge; a written statement by the factfinders as to the evidence Relied on and the Reasons for the disciplinary action: the Right of the inmate to be present, call witnesses, and present documentary evidence; and in limited situations a counsel substitute.

(1) An accused inmate's Right to present witnesses And submit other evidence in his defense is constitutionally protected and if unnecessary abridged, judically enforceable (2) the accused prisoner has a constitutional Right to confront and to cross-examine adverse witnesses (3) The prisoner is constitutionally entitled to the assistance of a competent fellow inmate or correctional staff member to aid in the preparation of his defense and (4) the District Court, on remand, should determine whether the adjustment committee. the due process Requirement that No member of the disciplinary board be involved in the investigation or prosecution of the particular case.

See Exhibit A2, Requests And Grievances page 78. Id. On April 29. 20 Director Cox Responded "This has been evaluated And you were given due process." Id.

SEE Exhibit A5, Due Process Forms, page 6

Notice NO Reviewing officers Statement (Narritive of the inmate's statement) NO Reviewing officers Recommendation: Uphold or Admin Review NO Reviewing officers Signature: No administrative Review and Response to Incident Report: No Administrative Signature.

So, Defendants facts are inaccurate and incorrect.

16. Disagree: This is factually incorrect. SEE Exhibit A5, Due Process Form Page 6. Plaintiff was released from segregation special housing on March 21. 2020 After serving 3 days Disciplinary action before a Due Process hearing. * Defendants purposely omitted Disciplinary Policy And Procedure from Exhibits

17. Disagree: The kiosk machine at Greene County Detention Facility from the inmates (users) end will give you a notice if and when grievances are open and/or pending and will not allow you to submit but a certain number of grievances (for this is the way they (Defendants) have it set up and programmed) However; this was explained and complained to Defendants through several requests And grievances. SEE Exhibit A2, Requests And Grievances. page 49.

Id. Respose by Ofc, A. Hubble on 01/09/2020. "I do not have any grievances from you on my end. If you appealed a grievance those go to administration and I do not get those but I will check with them to see. Id.

18. Disagree with number #18 On April 1, 2020 Plaintiff submitted grievance-# 6,467,579 Directly to B. Cox. In Plaintiff Appeal on 04/03/2020 Eric D. Williams wrote: Id.

I suggest you get with your grievance officer and/or computer tech to check your system because I've filed them. For over three months I was denied access from even writing grievances due to the fact that I had (3) three open grievances. But then you answered them and said that I was no longer at this facility. I sent in a request to you concerning this mistake and you admitted to the mistake and I informed you of the grievances that were unanswered. I have yet to get an answer from them and since then I have filed two more concerning issues violating my constitutional rights, but you still have not answered them. I do not know what's going on with your grievance officer or your computer system because I SEE on my end where the grievances are sent and they still say pending or open.

Dr. B. Cox Appeal response 26 days later was: Id. We've discussed this many times. Id.

19. Plaintiff agrees with number 19. However, Plaintiff will like to Add that Plaintiff was again denied access to grievances from April 18, 2020 up until on or around June 27, 2020 when he was transferred from Greene County Detention Facility. Plaintiff was kept in the hole from 4/29/20, where he suffered physically, mentally, and emotionally from abuse from correctional officers And the administrative staff.

Plaintiff was again Placed in segregation and All privileges taken from him without a Disciplinary hearing, No Notice of charges, No written statement by factfinders As to the evidence relied on And the reasons for the disciplinary action; the right of the inmate to be present, call witnesses, And present documentary evidence and in limited situations, A counsel substitute.

SEE Exhibit A5, Due Process Forms, page 7

Notice: No Administrative Review And response to Incident Report
    No Administrative Signature.

Notice: Release Date 05/06/20. However, Plaintiff never was released until on or about June 29, 2020 Approx. 60 Days later. All with NO Disciplinary Charges, but every day during those 60 Days Plaintiff was deprived of his life, liberty, And property, without due process of law.

<u>Greene County Policies And Procedures</u>

20. Agree

21. Agree, except for the fact that Defendants did not comply to their own policies that, every request or complaint shall be "promptly" dealt with And replied to without undue delay.

22. Agree

23. Agree

24. Agree, except (2) a violation of the inmate's Civil rights (4) an abridgment of inmate privileges. Defendants did not comply to their own policies for that is what this case is All about. (Violation of Plaintiffs civil rights)

25. Agree, except for the fact that Defendants did not follow their own policy for the Administrator Dr. B. Cox Never promptly investigated Plaintiffs accusations of violations of constitutional rights of unlawful lockdowns And the pain and suffering they caused And effected upon him

26. Agree.

7 of 8

Respectfully Submitted
Eric Deshon Williams

Mr. Eric Williams, Reg #30781-009
Pollock- US Penitentiary
P.O. Box 2099
Pollock, LA 71467

## Certificate of Service

I hereby certify that on this 23rd day of August, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I am mailing the document by United States Postal Service to the following CM/ECF participant:

Mr. Eric Williams, Reg # 30781-009
Pollock- US Penitentary
Inmate Mail/Parcels
P.O. Box 2099
Pollock, LA. 71467

_Eric Williams_
Eric Williams

Sheriff Franks, Brent Cox, D. Crittenden, L. Cate, R. Hubble And Sgt. Barnum, Greene County Defendants.

Janan Arnold Thomas, Bar No. 97043
Attorney for Defendants
Association of Arkansas Counties
Risk Management Service
1415 W. Third
Little Rock, AR. 72201
Phone: (501) 372-7550
Email: jthomas@arcounties.org