UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC D. WILLIAMS                                      PLAINTIFF

V.                No. 3:20-CV-00070-JTR

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendants. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

DATED this 24th day of March, 2022.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE